07-22153.set

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-22153-CIV-BROWN
THIS IS A CONSENT CASE

BERNABE CASTILLO,

        Plaintiff(s),

vs.

JMS PRODUCE OF FLORIDA, LLC.,
et al.,

        Defendant(s).
_____/

### NOTICE OF COURT PRACTICE UPON SETTLEMENT

**THIS COURT** having been advised by counsel for Defendant that this case is settled, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Within ten (10) calendar days of the date of this Order, the parties shall submit to this Court a Stipulation of Settlement, a proposed Order of Dismissal, a Final judgment or any other pertinent documents necessary to conclude this action. Non-compliance will result in a dismissal of this action sua sponte.

2. All pending motions are **DENIED** as moot, all deadlines and hearings are canceled, and this case has been removed from the trial calendar.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 8th day of May, 2009.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record